UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-7344-PSG (AJWx) | Date | January 12, 2015 |
|---|---|---|---|
| Title | LOS ANGELES CATHOLIC WORKER, ET AL.  -VS- LOS ANGELES DOWNTOWN INDUSTRIAL DISTRICT BUSINESS | | |

Present: The Honorable    PHILIP S. GUTIERREZ

| Wendy Hernandez | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Catherine Sweetser | Kevin Brogan |
| Shayla Myers | Elissa L Gysi |
| Fernando Gaytan | |

**Proceedings:**    DEFENDANTS' MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED [FRCP 12(b)] FILED 11-21-14 (DOC. 21)

DEFENDANT CITY OF LOS ANGELES' MOTION TO DISMISS [FRCP 12(b)(6)] FILED 11-21-14 (DOC. 22)

        Having considered all papers submitted in support of and in opposition to the Motion referenced above, and the oral argument presented today, the Court takes the motion Under Submission.

        Further, within seven days, parties shall schedule a mediation hearing before Magistrate Judge Carla M. Woehrle.

cc: Magistrate Judge Woehrle

|  | : | 36 |
|---|---|---|
| Initials of Preparer | wh | |