UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-7344 PSG (AJWx) | Date | July 28, 2015 |
|---|---|---|---|
| Title | Los Angeles Catholic Worker, et al. v. Los Angeles Downtown Industrial District, et al. | | |

| Present: The Honorable | Carla M. Woehrle, United States Magistrate Judge |
|---|---|

| Marc Krause | n/a | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Shayla Myers/Fernando Gaytan<br>Catherine E. Sweetser<br>Carol A. Sobel | James P. Clark/Elizabeth T. Fitzgerald<br>Ronald S. Whitaker<br>Kevin Brogan/Elissa L. Gysi<br>Don Steier |

**Proceedings:**     Settlement Conference

Continued settlement conference held. By August 18, 2015, counsel are to communicate further regarding settlement proposals. The court will thereafter schedule additional settlement proceedings.

cc:     Counsel of Record

|  | 5 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer |  |  |