**MICHAEL N. FEUER**, City Attorney
**ELIZABETH T. FITZGERALD**, Deputy City Attorney (**SBN 158917**)
Email: Elizabeth.Fitzgerald@lacity.org
200 North Main Street, City Hall East, 9th Floor
Los Angeles, California 90012
Tel: (213) 473-6856; Fax: (213) 473-6818
*Attorneys for Defendant* **CITY OF LOS ANGELES**

**KEVIN BROGAN (SBN 89427)**
Hill, Farrer & Burrill LLP
300 South Grand Avenue, 37th Floor
Los Angeles, California 90071
Tel: (213) 620-0460
*Attorneys for* **LOS ANGELES DOWNTOWN INDUSTRIAL DISTRICT, CENTRAL CITY EAST ASSOC.**

**FERNANDO GAYTAN (SBN 224712)**
**SHAYLA MYERS (SBN 264054)**
Legal Aid Foundation of Los Angeles
7000 S. Broadway
Los Angeles, CA 90013
Tel: (213) 640-3983; Fax: (213) 640-3988
*Attorneys for* **ALL PLAINTIFFS**

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

LOS ANGELES CATHOLIC WORKER, an unincorporated association; CANGRESS, a non-profit corporation; HARRY JAMES JONES, LOUIS GRADY, LLOYD HINKLE, WALTER SHOAF, individuals

Plaintiffs,

vs.

LOS ANGELES DOWNTOWN INDUSTRIAL DISTRICT BUSINESS IMPROVEMENT DISTRICT, CENTRAL CITY EAST ASSOCIATION, INC., CITY OF LOS ANGELES; DOES 1-10

Defendants.

**CASE NO.: CV14-7344 PSG (AJWx)**

**JOINT STIPULATION OF THE PARTIES TO CONTINUE DATES SET IN THE COURT'S SCHEDULING ORDER**

**Complaint Served: October 6, 2014**

**Discovery Cut-Off: January 20, 2016**

**Current Trial Date: April 26, 2016**

**TO THE HONORABLE COURT AND TO THE CLERK OF THE COURT:**

Plaintiffs Los Angeles Catholic Worker, Cangress, Harry James Jones, Louis Grady, Lloyd Hinkle, and Walter Shoaf, Defendants Los Angeles Downtown Industrial District Business Improvement District, Central City East Association, Inc., and Defendant City of Los Angeles through their respective counsel of record hereby submit the following joint stipulation requesting a continuance of all dates in the scheduling order for 90 days, as follows:

Pursuant to the Court's order, the parties have participated in good faith in settlement conferences before Magistrate Woehrle on February 27, 2015, June 17, 2015, July 28, 2015, and November 20, 2015. The parties continue to engage in settlement negotiations and are actively exchanging proposals. The parties believe future talks will continue to be productive and are amenable to participating in further sessions with Judge Woehrle.

Because these early settlement conferences indicated a potential for resolution of this case, and because all parties are non-profits and government entities, the parties have attempted to delay incurring significant litigation expenses from discovery and motion practice while the parties have been actively engaged in settlement negotiations.

The parties are now mutually engaging in discovery, and have exchanged written discovery and have noticed several depositions.

The Central City East Association has identified a high volume of responsive documents and Plaintiffs and the CCEA are conferring about how best to inspect and copy such documents.

The City and Plaintiffs have met extensively regarding Defendants' responses to Plaintiffs' Requests for Production and will likely require Court intervention to resolve their disagreement; given the Magistrate Judge's scheduling calendar, the parties will be unable to have a motion heard until shortly before the current Discovery Cut-off.

The parties seek additional time to conduct discovery and engage in further settlement discussions prior to incurring costs associated with retaining and designating experts.

The parties have not yet sought any continuances or extensions of the dates set in the Court's Scheduling Order.

Based on the foregoing, the parties hereby stipulate and request the Court continue the pretrial and trial deadlines as follows:

| | **Original Date** | **Requested Date** |
|---|---|---|
| Discovery Cut-Off | January 20, 2016 | April 19, 2016 |
| Last Day to File Motions | February 9, 2016 | May 9, 2016 |
| Opening Expert Witness Disclosure | February 2, 2016 | May 2, 2016 |
| Rebuttal Expert Witness Disclosure | March 1, 2016 | June 1, 2016 |
| Expert Discovery Cut-Off | March 22, 2016 | June 21, 2016 |
| Final Pretrial Conference | April 11, 2016 | July 11, 2016 |
| Jury Trial (9:00 AM) (Estimated length: 7 days) | April 26, 2016 | July 26, 2016 |

DATED: November 30, 2015

**MICHAEL N. FEUER**, City Attorney
**THOMAS H. PETERS**, Chief Assistant City Attorney
**RONALD S. WHITAKER**, Managing Assistant City Attorney

/s/ Elizabeth Fitzgerald
By: ______________________________
**ELIZABETH T. FITZGERALD**
Deputy City Attorney, *Attorneys for Defendant*
**CITY OF LOS ANGELES**

DATED: November 30, 2015

**HILL FARRER & BURRILL LLP**

/s/ Kevin Brogan

By: ______________________________

**KEVIN BROGAN**

*Attorneys for Defendants* **CENTRAL CITY EAST ASSOCIATION, INC.** and **LOS ANGELES DOWNTOWN INDUSTRIAL DISTRICT BUSINESS IMPROVEMENT DISTRICT**

DATED: November 30, 2015

**LEGAL AID FOUNDATION OF LOS ANGELES**
**SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP**

/s/ Catherine Sweetser

By: ______________________________

**CATHERINE SWEETSER**

*Attorneys for Plaintiffs* **LOS ANGELES CATHOLIC WORKER, CANGRESS, HARRY JAMES JONES, LOUIS GRADY, LLOYD HINKLE**, and **WALTER SHOAF**