1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES CATHOLIC WORKER, an unincorporated association; CANGRESS, a non-profit corporation; HARRY JAMES JONES, LOUIS GRADY, LLOYD HINKLE, WALTER SHOAF, individuals<br><br>Plaintiffs,<br><br>vs.<br><br>LOS ANGELES DOWNTOWN INDUSTRIAL DISTRICT BUSINESS IMPROVEMENT DISTRICT, CENTRAL CITY EAST ASSOCIATION, INC., CITY OF LOS ANGELES; DOES 1-10<br><br>Defendants. | **CASE NO.: CV14-7344 PSG (AJWx)**<br><br>**[PROPOSED] ORDER GRANTING PARTIES' REQUEST TO CONTINUE DATES SET IN THE COURT'S SCHEDULING ORDER**<br><br>**Complaint Served: October 6, 2014**<br>**Discovery Cut-Off: January 20, 2016**<br>**Current Trial Date: April 26, 2016** |

**The parties having so stipulated and good cause appearing**, the Court hereby amends the Scheduling Order as follows:

1

|  | **Original Date** | **New Date** |
|---|---|---|
| Discovery Cut-Off | January 20, 2016 | **April 19, 2016** |
| Last Day to File Motions | February 9, 2016 | **May 9, 2016** |
| Opening Expert Witness Disclosure | February 2, 2016 | **May 2, 2016** |
| Rebuttal Expert Witness Disclosure | March 1, 2016 | **June 1, 2016** |
| Expert Discovery Cut-Off | March 22, 2016 | **June 21, 2016** |
| Final Pretrial Conference | April 11, 2016 | **July 11, 2016** |
| Jury Trial (9:00 AM) (Estimated length: 7 days) | April 26, 2016 | **July 26, 2016** |

**IT IS SO ORDERED.**

DATED:

_____
Hon. Philip S. Gutierrez
U.S. District Court Judge