DENIED BY ORDER OF THE COURT

E-FILED: 12/02/2015

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

LOS ANGELES CATHOLIC WORKER,
an unincorporated association; CANGRESS,
a non-profit corporation; HARRY JAMES
JONES, LOUIS GRADY, LLOYD
HINKLE, WALTER SHOAF, individuals

Plaintiffs,

      vs.

LOS ANGELES DOWNTOWN
INDUSTRIAL DISTRICT BUSINESS
IMPROVEMENT DISTRICT,  CENTRAL
CITY EAST ASSOCIATION, INC., CITY
OF LOS ANGELES; DOES 1-10

      Defendants.
_____

CASE NO.: CV14-7344 PSG (AJWx)

[PROPOSED] ORDER GRANTING
PARTIES' REQUEST TO
CONTINUE DATES SET IN THE
COURT'S SCHEDULING ORDER

Complaint Served:  October 6, 2014

Discovery Cut-Off: January 20, 2016

Current Trial Date: April 26, 2016

**The parties having so stipulated and good cause appearing**, the Court hereby amends the Scheduling Order as follows:

1

|  | **Original Date** | **New Date** |
|---|---|---|
| Discovery Cut-Off | January 20, 2016 | **April 19, 2016** |
| Last Day to File Motions | February 9, 2016 | **May 9, 2016** |
| Opening Expert Witness Disclosure | February 2, 2016 | **May 2, 2016** |
| Rebuttal Expert Witness Disclosure | March 1, 2016 | **June 1, 2016** |
| Expert Discovery Cut-Off | March 22, 2016 | **June 21, 2016** |
| Final Pretrial Conference | April 11, 2016 | **July 11, 2016** |
| Jury Trial (9:00 AM) (Estimated length: 7 days) | April 26, 2016 | **July 26, 2016** |

**IT IS SO ORDERED.**

DATED:   12/2/2015

DENIED
_____
Hon. Philip S. Gutierrez
U.S. District Court Judge