Fernando Gaytan (SBN 224712) fgaytan@lafla.org
Shayla R. Myers (SBN 264054) smyers@lafla.org
**LEGAL AID FOUNDATION OF LOS ANGELES**
7000 S. Broadway
Los Angeles, CA 90003
Tel:   (213) 640-3831
Fax:  (213) 640-3988

Paul L. Hoffman (SBN 71244)
Catherine Sweetser (SBN 271142) catherine.sdshhh@gmail.com
**SCHONBRUN SEPLOW HARRIS & HOFFMAN, LLP**
723 Ocean Front Walk, Suite 100
Venice, CA 90291
Tel: (310) 396-0731
Fax: (310) 399-7040

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES CATHOLIC WORKER, AN UNINCORPORATED ASSOCIATION; CANGRESS, A NON-PROFIT CORPORATION; HARRY JAMES JONES, LOUIS GRADY, LLOYD HINKLE, WALTER SHOAF, INDIVIDUALS,<br><br>Plaintiff(s),<br><br>vs.<br><br>LOS ANGELES DOWNTOWN INDUSTRIAL DISTRICT BUSINESS IMPROVEMENT DISTRICT, CENTRAL CITY EAST ASSOCIATION, INC., CITY OF LOS ANGELES; DOES 1 -10,<br><br>Defendant(s). | CASE NO. CV 14-07344 PSG (AJW)<br><br>**DISCOVERY MATTER**<br><br>NOTICE OF MOTION AND MOTION TO COMPEL, JOINT STIPULATION TO COMPEL DISCOVERY; DECLARATIONS OF CATHERINE SWEETSER, SHAYLA MYERS, ELIZABETH FITZGERALD<br><br>Hearing Date:  January 11, 2016<br>Time: 10:00 A.M.<br><br>Discovery Cut-off: January 20, 2016<br>Trial:  April 26, 2016, 9:00 a.m. |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD

    PLEASE TAKE NOTICE THAT on January 11, 2016 at 10:00 a.m. or as soon thereafter as Counsel may be heard in Courtroom 690 of the United States District Court, Central District of California, Roybal Courthouse located at 255 East Temple Street, Los Angeles, California, Plaintiffs will and do hereby move this Court for an Order compelling further discovery responses and overruling Defendant's objections to Plaintiff's Requests for Production propounded to Defendant City of Los Angeles, Set One.

    The Motion is based on this Notice, the Joint Stipulation of Parties, pursuant to Local Rule 37-2.2, served and filed herewith, Declarations of Counsel and supporting evidence, and such oral and documentary evidence as may be produced at the hearing on the motion.

Dated: December 7, 2015    Legal Aid Foundation of Los Angeles
                                    Schonbrun Seplow Harris & Hoffman, LLP

                                  By:  /s Shayla R. Myers
                                        Shayla R. Myers
                                        Attorneys for Plaintiffs