UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES CATHOLIC WORKER, AN UNINCORPORATED ASSOCIATION; CANGRESS, A NON-PROFIT CORPORATION; HARRY JAMES JONES, LOUIS GRADY, LLOYD HINKLE, WALTER SHOAF, INDIVIDUALS,<br><br>Plaintiff(s),<br><br>vs.<br><br>LOS ANGELES DOWNTOWN INDUSTRIAL DISTRICT BUSINESS IMPROVEMENT DISTRICT, CENTRAL CITY EAST ASSOCIATION, INC., CITY OF LOS ANGELES; DOES 1 -10,<br><br>Defendant(s). | CASE NO. CV 14-07344 PSG (AJW)<br><br>**DISCOVERY MATTER**<br><br>**ORDER GRANTING REQUEST TO APPROVE STIPULATED PROTECTIVE ORDER**<br><br>Discovery Cutoff Date: 1/20/2016<br>Pretrial Date: 4/11/2016<br>Trial Date: 4/26/2016 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: After full consideration of the Request by the parties for Order granting approval of the stipulated protective order, and FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that:

    1. The Court adopts and enters the stipulated protective order submitted by the parties regarding the disclosure of certain documents that may be produced by the parties that may contain private and confidential information (hereinafter referred to as "Confidential Materials").

    2. This Order shall survive the conclusion of this action, including any appeals, to the extent that information comprising or contained in the Confidential Materials does not become public.

    APPROVED AND SO ORDERED:

Dated: December 15, 2015    _____

    The Honorable Andrew J. Wistrich
    United States Magistrate Judge