UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  CV 14-7344-PSG(AJWx)                                Date:   January 29, 2016

Title :     LOS ANGELES CATHOLIC WORKERS, ET AL. VS. LOS ANGELES DOWNTOWN
            INDUSTRIAL DISTRICT BUSINESS IMPROVEMENT DISTRICT, ET AL.

Present: The
Honorable     ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE

| Ysela Benavides | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Catherine Elizabeth Sweetser | Ronald Whitaker |
| Shayla Myers | Elizabeth Fitzgerald |
| | Kevin Brogan |
| | Elissa Gysi |

**Proceedings:**     **ORDER REGARDING TELEPHONIC DISCOVERY CONFERENCE**

The Court conducted a telephonic discovery conference in this case on January 29, 2016. Counsel for the City reported on practical difficulties they have encountered in attempting to comply with the January 11, 2016 order.  Counsel for the City represented that the City will complete the LAPD production described during the telephonic conference by February 1, 2016 and the production of other agencies within 14 days.  The City is directed to perform those promises.  If it is necessary for plaintiffs to retake depositions because of delay or inadequacy in the City's production of documents, the City will be responsible for all associated reasonable costs and attorneys fees.  Counsel for the City assured the Court that the City would cooperate with any efforts by plaintiffs to seek adjustments to the case schedule to mitigate prejudice to plaintiffs resulting from delay or inadequacy in the City's document production.

**IT IS SO ORDERED.**

cc: Parties

                                                                                         :      20

                                                                  Initials of Preparer    yb