Paul L. Hoffman (SBN 71244) hoffpaul@aol.com
Catherine Sweetser (SBN 271142) catherine.sdshhh@gmail.com
SCHONBRUN SEPLOW HARRIS & HOFFMAN, LLP
723 Ocean Front Walk, Suite 100
Venice, CA 90291
Tel:  (310) 396-0731
Fax: (310) 399-7040

Deirdre O'Connor (SBN 169422)
SEAMUS LAW
21151 Western Ave, Suite 243B
Torrance, CA 90501
Tel: (310) 755-6552
Fax: (310) 755-2581
Direct: (310) 780-4522
deirdre@seamuslaw.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Susan Mellen, et. al, <br><br> Plaintiffs, <br><br> vs. <br><br> City of Los Angeles, et.al <br><br> Defendants. | CASE NO. CV15-03006 GW (AJWx) <br> Magistrate Judge Andrew Wistrich <br> STIPULATION FOR PROTECTIVE ORDER <br> Courtroom: 690 <br><br> Discovery Cut-off: February 19, 2015 <br> Pretrial Conference: May 16, 2016 <br> Trial Date: May 31, 2016 |

1

1  Whereas, the Court on February 1, 2015, ordered that the parties submit the
2  attached protective order, the parties hereby stipulate and agree to the protective
3  order filed concurrently with this stipulation.

4

5  Dated: February 3, 2015                SCHONBRUN SEPLOW
6                                          HARRIS & HOFFMAN  LLP

7                                          SEAMUS LAW

8
                                              By:   /s Deirdre O'Connor
9                                             /s Catherine Sweetser
10                                            _____
                                                Paul Hoffman
11                                              Deirdre O'Connor
12                                              Catherine Sweetser
                                                Attorneys for Plaintiff
13

14
                                          COLLINSON LAW, APC
15
16 Dated: February 3, 2015
                                          /s Laura E. Inlow
17                                        _____
18                                          Laura E. Inlow
                                            Attorney for Defendant
19                                          Marcella Winn
20

21
                                          MICHAEL N. FEUER, City Attorney
22                                        THOMAS H. PETERS, Chief Assistant City
                                              Attorney
23                                        CORY M. BRENTE, Assistant City
                                              Attorney
24                                        SUREKHA A. PESSIS, Deputy City
                                              Attorney
25
                                           /s Surekha A. Pessis
26 Dated: February 3, 2015                _____
27                                          Surekha A. Pessis
                                            Attorney for Defendants
28                                          City of Los Angeles and Richard Hoffman