Fernando Gaytan (SBN 224712) fgaytan@lafla.org
Paul J. Estuar (SBN 167764) pestuar@lafla.org
Shayla R. Myers (SBN 264054) smyers@lafla.org
**LEGAL AID FOUNDATION OF LOS ANGELES**
7000 S. Broadway
Los Angeles, CA 90003
Tel: (213) 640-3831
Fax: (213) 640-3988

Paul L. Hoffman (SBN 71244) hoffpaul@aol.com
Catherine Sweetser (SBN 271142) catherine.sdshhh@gmail.com
SCHONBRUN SEPLOW HARRIS & HOFFMAN, LLP
723 Ocean Front Walk, Suite 100
Venice, CA 90291
Tel:  (310) 396-0731
Fax: (310) 399-7040

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES CATHOLIC WORKER, an unincorporated association; CANGRESS, a non-profit corporation; HARRY JAMES JONES, LOUIS GRADY, LLOYD HINKLE, WALTER SHOAF, individuals<br><br>Plaintiffs,<br><br>vs.<br><br>LOS ANGELES DOWNTOWN INDUSTRIAL DISTRICT BUSINESS IMPROVEMENT DISTRICT,  CENTRAL CITY EAST ASSOCIATION, INC., CITY OF LOS ANGELES; DOES 1-10<br><br>Defendants. | **CASE NO.: CV14-7344 PSG (AJWx)**<br><br>**NOTICE OF ERRATA**<br><br>**Complaint Served:  October 6, 2014**<br>**Discovery Cut-Off: February 19, 2016**<br>**Current Trial Date: June 21, 2016** |

1

**TO THE COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that the Plaintiff inadvertently attached the wrong items to docket number 81, Joint Stipulation to Continue Dates set in the Court's Scheduling Order. The correct documents will be re-filed under the correct docket text.

DATED: February 5, 2016

                                           SCHONBRUN SEPLOW
                                           HARRIS & HOFFMAN LLP
                                           */s/ Catherine Sweetser*
                                           Paul L. Hoffman
                                           Catherine Sweetser
                                           Attorneys for Plaintiffs