1  **MICHAEL N. FEUER**, City Attorney
2  **RONALD WHITAKER**, Managing Assistant City Attorney (SBN 110160)
   **ELIZABETH T. FITZGERALD**, Deputy City Attorney (**SBN 158917**)
3  Email:  Elizabeth.Fitzgerald@lacity.org
   200 North Main Street, City Hall East, 9th Floor
4  Los Angeles, California 90012
   Tel: (213) 473-6856; Fax: (213) 473-6818
5  *Attorneys for Defendant* **CITY OF LOS ANGELES**
6
7
8
               **UNITED STATES DISTRICT COURT**
9
           **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
10
                      **WESTERN DIVISION**
11

12  LOS ANGELES CATHOLIC WORKER,          )   **CASE NO.: CV14-7344 PSG (AJWx)**
13  an unincorporated association; CANGRESS, )
    a non-profit corporation; HARRY JAMES   )   **JOINT STIPULATION OF THE**
14  JONES, LOUIS GRADY, LLOYD              )   **PARTIES TO CONTINUE DATES**
    HINKLE, WALTER SHOAF, individuals      )   **SET IN THE COURT'S**
15                                         )   **SCHEDULLING ORDER AND**
                                           )   **CONDUCT FURTHER**
16  Plaintiffs,                            )   **SETTLEMENT DISCUSSIONS**
17                                         )
18       vs.                              )   **Complaint Served:  October 6, 2014**
19                                        )
    LOS ANGELES DOWNTOWN                   )   **Discovery Cut-Off: February 19, 2016**
20  INDUSTRIAL DISTRICT BUSINESS           )
    IMPROVEMENT DISTRICT,  CENTRAL         )   **Current Trial Date: June 21. 2016**
21  CITY EAST ASSOCIATION, INC., CITY      )
    OF LOS ANGELES; DOES 1-10             )
22                                        )
23       Defendants.                      )
24  _____       )
25
26
27
28

                              1

**TO THE HONORABLE COURT AND TO THE CLERK OF THE COURT:**

Plaintiffs Los Angeles Catholic Worker, Cangress, Harry James Jones, Louis Grady, Lloyd Hinkle, and Walter Shoaf, Defendants Los Angeles Downtown Industrial District Business Improvement District, Central City East Association, Inc., and Defendant City of Los Angeles  through their respective counsel of record hereby submit the following joint stipulation requesting a continuance of the Discovery Cutoff, Last Day to File Motions, Expert Witness deadlines, and the Pretrial Conference for 14 days.  Good cause exists for the 14 day extension of dates.

On February 2, 2016, the parties engaged in a settlement conference in front of Magistrate Judge Woehrle.  The parties previously participated in settlement conferences on February 27, 2015, June 17, 2015,  July 28, 2015, and November 20, 2015.  The parties have also engaged in significant informal settlement discussions and continue to do so.

The settlement conferences with Judge Woehrle have been very productive, and based on the most recent settlement conference and subsequent discussions, parties are hopeful that further settlement discussions over the next two weeks may lead to resolution of many if not all matters in this litigation.  The City of Los Angeles in particular has indicated that it needs additional time to consider Plaintiffs' proposal but that it will be responding shortly.

Although the parties have been diligent in conducting discovery, Plaintiffs still have a number of depositions to conduct in this litigation, which were previously scheduled for December and January.  These depositions were postponed at the request of the City of Los Angeles and in consideration of the medical leave of the City's attorney.  The outstanding depositions that Plaintiffs intend to take include a session with the Central City East Association's designee for Plaintiffs' Rule 30(b)(6) deposition, the deposition of the City of Los Angeles, for which the City has designated four individuals, and three additional deponents. These depositions have been scheduled for February 4, 5, 8, 9, and 10th.  In

addition, the parties were conferring to schedule additional depositions the week of February 15.

Based on the settlement conference on February 2, 2016, the parties have agreed to postpone the depositions scheduled for February 4 and 5 and would like to continue the remaining depositions for a short time to avoid unnecessary fees and costs if settlement is in fact possible.  Because of already-planned travel, CCEA's designee will not be available to sit for a deposition until March 1, 2016. Plaintiffs will need additional time to preserve their right to conduct discovery, including conducting the remaining depositions, while limiting the additional fees and costs.

A limited continuance of the discovery cutoff and other related dates by 14 days will allow the parties to engage in settlement negotiations without incurring additional costs and attorneys' fees.  This extension should not require any extension of the trial date.

Based on the foregoing, the parties hereby stipulate and request the Court continue the pretrial and trial deadlines as follows:

|  | Current Date | Requested Date |
|---|---|---|
| Discovery Cut-Off | February 19, 2016 | March 4, 2016 |
| Last Day to File Motions | March 14, 2016 | March 28, 2016 |
| Opening Expert Witness Disclosure | March 4, 2016 | March 18, 2016 |
| Rebuttal Expert Witness Disclosure | April 4, 2016 | April 18, 2016 |
| Expert Discovery Cut-Off | April 25, 2016 | May 9, 2016 |
| Final Pretrial Conference | May 23, 2016 | June 7, 2016 |
| Jury Trial (9:00 AM) (Estimated length: 7 days) | June 21, 2016 | June 21, 2016 |

DATED:  February 5, 2016

                **MICHAEL N. FEUER**, City Attorney
                **THOMAS H. PETERS**, Chief Assistant City Attorney
                **RONALD S. WHITAKER**, Managing Assistant City Attorney

                   /s/ Ronald Whitaker
        By: _____
                **Ronald Whitaker**
                Managing Assistant City Attorney, *Attorneys for*
                *Defendant* **CITY OF LOS ANGELES**

DATED:  February 5, 2016

                **HILL FARRER & BURRILL LLP**

                   /s/ Kevin Brogan
        By: _____
                **KEVIN BROGAN**
                *Attorneys for Defendants* **CENTRAL CITY EAST
                ASSOCIATION, INC.** and **LOS ANGELES DOWNTOWN
                INDUSTRIAL DISTRICT BUSINESS IMPROVEMENT
                DISTRICT**

DATED:  February 5, 2016

                **LEGAL AID FOUNDATION OF LOS ANGELES
                SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP**

                   /s/ Shayla Myers
        By: _____
                **SHAYLA MYERS**
                *Attorneys for Plaintiffs* **LOS ANGELES CATHOLIC
                WORKER, CANGRESS, HARRY JAMES JONES, LOUIS
                GRADY, LLOYD HINKLE**, and **WALTER SHOAF**