E-FILED 2/9/16

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES CATHOLIC WORKER, an unincorporated association; CANGRESS, a non-profit corporation; HARRY JAMES JONES, LOUIS GRADY, LLOYD HINKLE, WALTER SHOAF, individuals<br><br>Plaintiffs,<br><br>vs.<br><br>LOS ANGELES DOWNTOWN INDUSTRIAL DISTRICT BUSINESS IMPROVEMENT DISTRICT, CENTRAL CITY EAST ASSOCIATION, INC., CITY OF LOS ANGELES; DOES 1-10<br><br>Defendants. | **CASE NO.: CV14-7344 PSG (AJWx)**<br><br>**[PROPOSED] ORDER GRANTING PARTIES' REQUEST TO CONTINUE DATES SET IN THE COURT'S SCHEDULING ORDER**<br><br>**Complaint Served: October 6, 2014**<br>**Discovery Cut-Off: February 19, 2016**<br>**Current Trial Date: June 21, 2016** |

**The parties having so stipulated and good cause appearing**, the Court hereby amends the Scheduling Order as follows:

1

|  | Original Date | New Date |
|---|---|---|
| Discovery Cut-Off | February 19, 2016 | March 4, 2016 |
| Last Day to File Motions | March 14, 2016 | March 28, 2016 |
| Opening Expert Witness Disclosure | March 4, 2016 | March 18, 2016 |
| Rebuttal Expert Witness Disclosure | April 4, 2016 | April 18, 2016 |
| Expert Discovery Cut-Off | April 25, 2016 | May 9, 2016 |
| Final Pretrial Conference | May 23, 2016 | June 7, 2016 |
| Jury Trial (9:00 AM) (Estimated length: 7 days) | June 21, 2016 | June 21, 2016 |

**IT IS SO ORDERED.**

DATED: 2/8/16

　　　　　　　　　　　　PHILIP S. GUTIERREZ
　　　　　　　　　　　　_____
　　　　　　　　　　　　Hon. Philip S. Gutierrez
　　　　　　　　　　　　U.S. District Court Judge