1  MICHAEL N. FEUER, City Attorney (SBN: 111529)
2  THOMAS H. PETERS, Chief Deputy City Attorney (SBN: 163388)
   **RONALD S. WHITAKER**, Assistant City Attorney (SBN: 110160)
3  200 N. Main Street, City Hall East, Room 916
4  Los Angeles, CA 90012
   Telephone (213) 473-6848
5  ronald.whitaker@lacity.org
6
7  Attorneys for Defendant
   CITY OF LOS ANGELES
8



E-FILED
MAR - 2 2016

9         UNITED STATES DISTRICT COURT
10        CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES CATHOLIC WORKER, an unincorporated association, CANGRESS, a non-profit corporation, HARRY JAMES JONES, LOUIS GRADY, LLOYD HINKLE, WALTER SHOAF, individuals, <br><br> *Plaintiffs*, <br><br> vs. <br><br> LOS ANGELES DOWNTOWN INDUSTRIAL DISTRICT, BUSINESS IMPROVEMENT DISTRICT, CENTRAL CITY EAST ASSOCIATION, INC., CITY OF LOS ANGELES, and Does 1-10, <br><br> *Defendants*. | CASE NO.: 2:14-CV-7344-PSG-(AJWx) <br><br> Complaint Filed: September 19, 2014 <br><br> [PROPOSED] ORDER GRANTING PARTIES' REQUEST TO CONTINUE DATES SET IN THE COURT'S SCHEDULING ORDER <br><br> Discovery Cut-Off: April 4, 2016 <br><br> Current Trial Date: June 21, 2016 |

         The parties having so stipulated and good cause appearing, the Court hereby amends the Scheduling Order as follows:

**[PROPOSED] ORDER GRANTING PARTIES' REQUEST TO CONTINUE DATES SET IN THE COURT'S SCHEDULING ORDER**

|  | Current Date | New Date |
|---|---|---|
| Discovery Cut Off | March 4, 2016 | April 4, 2016 |
| Last Day to File Motions | March 28, 2016 | April 28, 2016 |
| Opening Expert Witness Disclosure | March 18, 2016 | April 18, 2016 |
| Rebuttal Expert Witness Disclosure | April 18, 2016 | May 18, 2016 |
| Expert Discovery Cut Off | May 9, 2016 | June 9, 2016 |
| Final Pre Trial Conference | June 7, 2016 | July 7, 2016 |
| Jury Trial (9:00 a.m.) (Estimated length: 7 days) | June 21, 2016 | July 19, 2016 |

**IT IS SO ORDERED.**

DATED: 3/2/16

Hon. Philip S. Gutierrez
U.S. District Court Judge