Fernando Gaytan (SBN 224712) fgaytan@lafla.org
Paul J. Estuar (SBN 167764) pestuar@lafla.org
Shayla R. Myers (SBN 264054) smyers@lafla.org
**LEGAL AID FOUNDATION OF LOS ANGELES**
7000 S. Broadway
Los Angeles, CA 90003
Tel:  (213) 640-3831
Fax:  (213) 640-3988

Paul L. Hoffman (SBN 71244) hoffpaul@aol.com
Catherine Sweetser (SBN 271142) catherine.sdshhh@gmail.com
**SCHONBRUN SEPLOW HARRIS & HOFFMAN, LLP**
723 Ocean Front Walk, Suite 100
Venice, CA 90291
Tel: (310) 396-0731
Fax: (310) 399-7040

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES CATHOLIC WORKER, AN UNINCORPORATED ASSOCIATION; CANGRESS, A NON-PROFIT CORPORATION; HARRY JAMES JONES, LOUIS GRADY, LLOYD HINKLE, WALTER SHOAF, INDIVIDUALS,<br><br>Plaintiff(s),<br><br>vs.<br><br>LOS ANGELES DOWNTOWN INDUSTRIAL DISTRICT BUSINESS IMPROVEMENT DISTRICT, CENTRAL CITY EAST ASSOCIATION, INC., CITY OF LOS ANGELES; DOES 1 -10,<br><br>Defendant(s). | CASE NO. CV 14-07344 PSG (AJW)<br><br>**SUPPLEMENTAL DECLARATION OF CATHERINE SWEETSER IN SUPPORT OF REPLY TO PLAINTIFFS' EX PARTE APPLICATION FOR SANCTIONS**<br><br>Discovery Cutoff Date: 4/4/2016<br>Pretrial Date: 7/7/2016<br>Trial Date: 7/19/2016 |

### Supplemental Declaration of Catherine Sweetser

1. I am a partner in the law firm Schonbrun Seplow Harris & Hoffman, LLP and a lead attorney in this matter. If called to testify, I could testify accurately to the facts herein.

2. Since January 11, 2016, I have been involved in ongoing meetings and conferences with the City Attorney regarding outstanding discovery in this matter.

3. Between January 21 and February 17, 2016, I spent 1.3 hours meeting and conferring in this matter by phone and email, in an attempt to obtain documents responsive to Plaintiffs' requests for production, 1.8 hours drafting and revising the current ex parte application and consulting with co-counsel, and I also spent .5 hours at the telephonic court appearance of January 29, 2016. A true and correct copy of my billing records related to this motion up to February 17 are attached as Exhibit A.

4. Between February 17, 2016 and March 16, 2016, I spent 1.8 hours on legal research and drafting/editing related to this reply in support of our motion for sanctions and 1.5 hours conferring with co-counsel about what had and had not been produced and how best to proceed with the lawsuit given the lack of production.

5. A true and correct copy of my billing records related to this motion between February 17 and March 16 are attached as Exhibit B.

6. I am a 2008 graduate of New York University School of Law. My 2015 billing rate was $525.00, which I am requesting in this motion.

7. Last year, the City of Los Angeles agreed to pay my 2015 hourly rate of $525 as part of the settlement agreement in *Lavan v. City of Los Angeles*, No. 11-cv-02874-PSG-AJW.

8. My total fees incurred were $3,675.

I swear under penalty of perjury that the foregoing is true and correct.
Executed this 16th day of March at Los Angeles, California.

                                        Catherine Sweetser

**EXHIBIT A**

| Client | Project | Task | Description | Start date | Duration |
|---|---|---|---|---|---|
| Catholic Worker | Meet and confer | | Call with Ron Whitaker re docs | 1/22/2016 | 0:38:00 |
| Catholic Worker | Meet and confer | | Call with Ron Whitaker re docs | 1/22/2016 | 0:14:22 |
| Catholic Worker | Meet and confer | | Draft email to Ron Whitaker | 1/22/2016 | 0:22:34 |
| Catholic Worker | Confer with co-counsel | | Confer with co-counsel about court appearance tomorrow | 1/28/2016 | 0:20:00 |
| Catholic Worker | Confer with co-counsel | | Confer with co-counsel about court appearance | 1/29/2016 | 0:10:00 |
| Catholic Worker | Court hearing | | Telephonic court appearance on failure to comply with order | 1/29/2016 | 0:30:00 |
| Catholic Worker | Meet and confer | | Call with opposing counsel re emails | 2/1/2016 | 0:04:00 |
| Catholic Worker | Confer with co-counsel | | Call with co-counsel re ex parte | 2/15/2016 | 0:03:00 |
| Catholic Worker | Edit brief | | Edit ex parte re sanctions | 2/15/2016 | 0:53:00 |
| Catholic Worker | Confer with co-counsel | | Call with Shayla Myers re: ex parte | 2/16/2016 | 0:07:00 |
| Catholic Worker | Draft and sign declaration | | Ex parte | 2/17/2016 | 0:15:00 |
| | | | | Total | 3:36:56 |

Total amount requested: $1,890.00

# EXHIBIT B

| Client | Project | Description | Date | Duration |
|---|---|---|---|---|
| Catholic Worker | Confer with co-counsel | Call with Shayla Myers re: City lack of response/ ex parte | 2/22/2016 | 0:16:00 |
| Catholic Worker | Draft pleading | Edit supplemental declaration for ex parte | 2/23/2016 | 0:20:00 |
| Catholic Worker | Confer with co-counsel | Call with Shayla Myers re: City lack of response/ ex parte | 2/24/2016 | 0:30:00 |
| Catholic Worker | Confer with co-counsel | Call with Shayla Myers re responses from City | 3/7/2016 | 0:22:00 |
| Catholic Worker | Confer with co-counsel | Confer with co-counsel re contempt sanctions | 3/15/2016 | 0:15:00 |
| Catholic Worker | Motion to compel | Draft portion of reply to contempt motion | 3/16/2016 | 0:40:00 |
| Catholic Worker | Motion to compel | Legal research re evidentiary sanctions | 3/16/2016 | 0:42:00 |
| Catholic Worker | Motion to compel | Update declaration | 3/16/2016 | 0:15:19 |
| | | | TOTAL | 3:20:19 |
| | | | Total amount requested: | $1,785 |