**MICHAEL N. FEUER**, City Attorney
**RONALD S. WHITAKER**, Assistant City Attorney (SBN 110160)
Email: Ronald.Whitaker@lacity.org
200 North Main Street, City Hall East, 9th Floor
Los Angeles, California 90012
Tel: (213) 978-7558
Fax: (213) 978-7011

*Attorneys for Defendant,* **CITY OF LOS ANGELES**

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

LOS ANGELES CATHOLIC WORKER, an unincorporated association; CANGRESS, a non-profit corporation; HARRY JAMES JONES, LOUIS GRADY, LLOYD HINKLE, WALTER SHOAF, individuals

Plaintiffs,

vs.

LOS ANGELES DOWNTOWN INDUSTRIAL DISTRICT BUSINESS IMPROVEMENT DISTRICT, CENTRAL CITY EAST ASSOCIATION, INC., CITY OF LOS ANGELES; DOES 1-10

Defendants.

**CASE NO.: CV14-7344 PSG (AJWx)**

**DECLARATION OF RONALD S. WHITAKER IN OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION FOR CONTEMPT AND SANCTIONS**

**Hearing Date: March 21, 2016**
**Time: 11:00 a.m.**

**Discovery Cut-off: April 4, 2016**
**Trial Date: July 19, 2016, 9:00 a.m.**

I, Ronald S. Whitaker, declare as follows:

1. I am an Assistant City Attorney at the Office of the Los Angeles City Attorney. . If called to testify, I would accurately and competently testify to the following.

2. I as well as numerous employees within the City Attorney's office as well as other City departments have been diligently working to comply with this Court's Orders made on January 11, 2016 and January 29, 2016. The supplemental papers submitted by the plaintiffs' counsel fail to provide a complete picture of the City's efforts and this Declaration is submitted to inform the Court of what has been accomplished by the City.

3. On January 14, 2016, three days after the initial hearing on plaintiff's discovery motion, I personally met with Leshon Frierson, of the Information Technology Division of the Los Angeles Police Department ("LAPD") about searching and producing e-mails requested by plaintiffs' counsel. Mr. Frierson explained in great detail in conducting such a search within the limited time frame (10 days) ordered by this Court. After my meeting with Mr. Frierson, I communicated his concerns to Ms. Myers, counsel for plaintiffs. I also informed Ms. Myers that the LAPD could start searching e-mails subsequent to March, 2013 and would begin with Command Staff of the Central Division of the LAPD. Those documents were produced to plaintiffs' counsels on February 1, 2016.

4. On February 3, 2016 and February 9, 2016, additional documents were produced to plaintiffs' counsels. On February 11, 2016, I spoke with Ms. Myers about producing emails from various City Departments and told her that I expected to hear from the ITA Department, which handles the City's email system, by Tuesday, February 16 about the status of the search.

5. On February 16, 2016 I appeared at the deposition of Ms. Miranda Paster, one of the Persons Most Knowledgeable ("PMK') for the City of Los Angeles. At that time I agreed to produce Ms. Paster for a second deposition at the expense of the City,

should the Plaintiffs deem it necessary. Many of the documents produced electronically that day were duplicates of documents already in Plaintiffs' possession that Plaintiffs used as exhibits for Ms. Paster's deposition.

6. Similarly, I have also attended the depositions of four (4) other City employees all of which lasted most of the day and agreed to produce them for an additional deposition at the City's expense if plaintiffs' counsel deemed it necessary.

7. As this Court is already aware, the City began a transition of its e-mail system in June 2015, which made e-mail searches impossible. That transition was initially expected to take only a couple of months, but instead lasted for over six months. Immediately after this Court's order of January 11, 2016, I was informed by the IT Department that e-mail searches still could not be made.

8. I then contacted numerous individual City departments about the production of the requested e-mails and was told by each that the requested emails would be on the Information Technology ("IT") Department's servers, and that I would have to access them through the IT Department.

9. In late January, 2016 after meeting with several employees of the IT Department, a search of the City's e-mail system was initiated utilizing the keywords provided by plaintiffs' counsel, despite the IT Department informing me that quality assurance testing had not been completed on the new system.

10. On February 23, 2016, during the deposition of one of the employees of the City, I learned that the IT Department had completed their search. I returned to my office that evening to review the search results but was unable to open any of the files.

11. On February 24, 2016, after consulting with the IT Department, it was ascertained that the files produced were corrupted and unreadable, perhaps in part due to the fact that quality assurance testing had yet to be completed. I immediately requested that a second search of the City's e-mails be conducted. I also informed Ms. Myers of this development. Due in part to this unexpected occurrence, the City stipulated to extend

the dates in the Court's scheduling Order by thirty (30) days. That Order was approved and signed by Judge Gutierrez on March 3, 2016.

12. As of the date of this Declaration, the City expects to have produced in excess of 50,000 pages of documents to Plaintiffs. We have been diligent in obtaining the agreed-upon documentation. We have only been constrained from a complete production by technical difficulties with the transition of the City's email system and the sheer amount of time and labor needed to obtain tens of thousands of pages of documents. The City fully intends to produce the documents requested. The City has willingly agreed to bear the expense of any additional depositions necessary due to its delay in producing the documentation and has extended every courtesy to Plaintiffs' counsel to prevent prejudice to their clients and to allow them to complete their requested discovery.

13. The City respectfully requests that this Court deny this ex parte application.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 18, 2016, at Los Angeles, California.

Ronald S. Whitaker