MICHAEL N. FEUER, City Attorney
RONALD S. WHITAKER, Assistant City Attorney (SBN 110160)
Email: Ronald.Whitaker@lacity.org
200 North Main Street, City Hall East, 9th Floor
Los Angeles, California 90012
Tel: (213) 978-7558
Fax: (213) 978-7011

*Attorneys for Defendant,* **CITY OF LOS ANGELES**

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES CATHOLIC WORKER, an unincorporated association; CANGRESS, a non-profit corporation; HARRY JAMES JONES, LOUIS GRADY, LLOYD HINKLE, WALTER SHOAF, individuals<br><br>Plaintiffs,<br><br>vs.<br><br>LOS ANGELES DOWNTOWN INDUSTRIAL DISTRICT BUSINESS IMPROVEMENT DISTRICT, CENTRAL CITY EAST ASSOCIATION, INC., CITY OF LOS ANGELES; DOES 1-10<br><br>Defendants. | CASE NO.: CV14-7344 PSG (AJWx)<br><br>**DECLARATION OF LESHON FRIERSON IN SUPPORT OF OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION FOR CONTEMPT AND SANCTIONS**<br><br>Hearing Date: March 21, 2016<br>Time: 11:00 a.m.<br><br><br>Discovery Cut-off: April 4, 2016<br>Trial Date: July 19, 2016, 9:00 a.m. |

1

I, Leshon Frierson, declare as follows:

1. I am a Senior System Analyst with the Information Technology ("IT") Division of the Los Angeles Police Department ("LAPD"). I have held this position for approximately 11 years. I have personal knowledge of the matters stated within this declaration, unless otherwise stated and if called as a witness in this matter, I could and would competently and truthfully testify as follows.

2. For security reasons, the LAPD does not subscribe to the Google e-mail system used by the rest of the City departments. LPAD uses and has used the Groupwise system for as long as I have been a Senior Systems Analyst. Groupwise is on a network, and all emails addressed to the LAPD e-mail address go through the Groupwise server.

3. I understand that the LAPD had been requested to produce all e-mails to and from the LAPD going back to before 2008 concerning certain topics in this case. I have previously provided a declaration in this case outlining why such a search would be virtually impossible.

4. On January 14, 2016, I met with Assistant City Attorney Ronald S. Whitaker to discuss searching the LAPD e-mail system. Subsequent to that date, I was requested by the City Attorney's office to conduct a search of LAPD emails for the command Staff of the LAPD Central Division, which patrols the Skid Row area. In order to perform that search, I informed the LAPD Legal Affairs detective that I needed the serial numbers of each Command Staff member as that is how their e-mail boxes are identified and maintained. That search was completed with the results turned over to the City Attorney's office in February, 2016.

5. On February 22, 2016, my deposition was taken and I was asked multiple questions concerning the retrievability of e-mails on the Groupwise system. I did testify that it was possible to retrieve e-mails prior to March, 2013. However, in order to search those e-mails thousands, if not tens of thousands, of man hours would be necessary. Such a search would have to be done e-mail box by e-mail box for each LAPD employee—a

2

number well in excess of 10,000. There is no guarantee that the e-mails could actually be retrieved as they are stored on magnetic tape which is subject to corrosion.

6. With respect to e-mails sent or received after March, 2013, I did testify that it is technically possible to search for those e-mails. However, utilizing keywords to perform that search would again require thousands of man hours. There are only two people (including myself) in the Division that are trained and capable of performing such a search. My assistant just returned from maternity leave is only working on a part time basis. This task will require at least 39 separate searches of each current and former LAPD e-mail box.

7. Nevertheless my Division has been searching the LAPD e-mails utilizing the keywords provided to me since February, 2016. That search has been voluminous and quite time consuming and I have been regularly keeping Mr. Whitaker apprised of our progress. On March 16, 2016, I provided over 2GB (several thousand pages) of e-mails to the City Attorney's office. I expect to provide the City Attorney's office with additional e-mails within the next 7 days.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 18, 2016, at Los Angeles, California.

_____
Leshon Frierson

3