Fernando Gaytan (SBN 224712) fgaytan@lafla.org
Shayla R. Myers (SBN 264054) smyers@lafla.org
Jeanne Nishimoto (SBN 280064)  jnishimoto@lafla.org
**LEGAL AID FOUNDATION OF LOS ANGELES**
7000 S. Broadway
Los Angeles, CA 90003
Tel:    (213) 640-3983
Fax:   (213) 640-3988

Paul L. Hoffman (SBN 71244)
Catherine Sweetser (SBN 271142) catherine.sdshhh@gmail.com
**SCHONBRUN SEPLOW HARRIS & HOFFMAN, LLP**
723 Ocean Front Walk, Suite 100
Venice, CA 90291
Tel:  (310) 396-0731
Fax: (310) 399-7040
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES CATHOLIC WORKER, UNINCORPORATED ASSOCIATION; CANGRESS, NON-PROFIT CORPORATION; HARRY JAMES JONES, LOUIS GRADY, LLOYD HINKLE, WALTER SHOAF, INDIVIDUALS,<br><br>                Plaintiff(s),<br>       vs.<br><br>LOS ANGELES DOWNTOWN INDUSTRIAL DISTRICT BUSINESS IMPROVEMENT DISTRICT, CENTRAL CITY EAST ASSOCIATION, INC., CITY OF LOS ANGELES; DOES 1 -10,<br><br>                Defendant(s). | CASE NO. CV 14-07344 PSG (AJW)<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF ERRATA**<br><br>Hearing Date:  March 21, 2016<br>Time: 11:00 A.M.<br><br><br><br>Discovery Cut-off: April 4, 2016<br><br>Trial:  July 21, 2016 , 9:00 a.m. |

**PLAINTIFFS' REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR CONTEMPT**

**TO THE COURT AND ALL PARTIES:**

    PLEASE TAKE NOTICE that the Plaintiff inadvertently omitted a document from Exhibit F, accompanying the Declaration of Shayla Myers in Support of Reply to Plaintiffs' Ex Parte Application for Sanctions, Docket Number 94.   Plaintiff will refile the corrected version of Exhibit F.

Dated: March 20, 2016        Legal Aid Foundation of Los Angeles
                                    Schonbrun Seplow Harris & Hoffman, LLP

                                By:   /s Shayla R. Myers
                                       Shayla R. Myers
                                       Attorneys for Plaintiffs

1

**PLAINTIFFS' SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL**