EXHIBIT F



**LEGAL AID FOUNDATION** OF LOS ANGELES

7000 S. Broadway
Los Angeles, CA 90003
213-640-3950
213-640-3988 fax
www.lafla.org

The frontline law firm for poor and low-income people in Los Angeles

Writer's Direct Line (213) 640-3983

<u>**VIA EMAIL ONLY**</u>

March 15, 2016

Ronald Whitaker
City Attorney of Los Angeles
200 N. Main St., 6th Floor
City Hall East, Room 916
Los Angeles, CA 90012

Re: Los Angeles Catholic Worker v. Los Angeles Downtown Industrial District

Dear Mr. Whitaker:

We have reviewed the emails your office produced to our office yesterday, and have a number of concerns about the production. As you know, the City's production was due on Friday, March 11, 2016; as a result of the City's delay in producing these documents, we have had to quickly review the documents, so we may have additional issues; however, these are the issues we have immediately identified. Given the delay in production, we request a response no later than noon tomorrow, March 16, 2016.

First, the parties agreed that the City would produce emails from the following departments: LAPD, the Bureau of Sanitation Services, Bureau of Street Services, Public Works, the City Controller, the City Administrative Office, the City Attorney, the City Clerk, the Mayor's office and the City Council. Putting aside the LAPD emails, it appears that the City has not yet produced emails from 1) the City Controller's Office; 2) the Chief Administrative Office; and 3) the City Clerk. We know there are responsive emails from the City Clerk. If you have searched for but not identified any responsive emails from the CAO and the Controller, please let us know.

In addition, with regards to the City Attorney's office, there are no emails from anyone whose first name begins with the letter D or later in the alphabet. Can you please explain this? In addition, there are no emails from Carmen Trutanich or Bernie Brown, who would fall in the list of emails that were produced. Are there no responsive emails from either of these individuals? I am aware of a number of emails involving both that would have been identified in the search as I understand it (as discussed below).

Third, there do not appear to be an emails from earlier administrations. For example, there are no emails from Mayor Villaregosa or Council member Jan Perry's office. Are these emails not retained by the City of Los Angeles? If the email are retained, please let us know the status of these emails.

**Other Office Locations:**
**East Los Angeles Office**, 5228 Whittier Blvd., Los Angeles, CA 90022; 213-640-3883
**Long Beach Office**, 601 Pacific Ave., Long Beach, CA 90802; 562-435-3501
**Santa Monica Office**, 1640 5th St., Suite 124, Santa Monica, CA 90401; 310-899-6200
**West Office**, 1102 Crenshaw Blvd., Los Angeles, CA 90019; 323-801-7989

LSC | America's Partner for Equal Justice
LEGAL SERVICES CORPORATION

Letter to Ronald Whitaker, City of Los Angeles
Page **2** of **2**

---

      Fourth, there are a number of other individuals, including, for example, Ana Cubas, Jose Huizar's Chief of Staff, who we know were cc'ed on emails that were produced, but whose emails themselves were not produced. Was the search limited to personnel in any way?

      Finally, despite our discussion and what I understood was a clear expectation that the City would run searches using the search terms we provided, rather than serving providing us with the emails identified using "CCEA" and "Central City East", it appears that this was in fact what was produced. The production is both over- and under-inclusive. In particular, we received a very large percentage of emails that seemed to only be included because they involved CCEA personnel, not because they were responsive to our requests (for example, we received no short of 15 email invitations to a birthday happy hour). As we have discussed, we understand that the City had only a limited amount of time to complete this production, and therefore, the emails may be overinclusive. More troublesome, however, is that we have not received any communications that were not either sent to or received by CCEA personnel. As we discussed and to which you agreed, internal email communications or emails with third parties about CCEA would be responsive to a number of the requests, yet despite your representation that you would use our search terms and produce responsive documents, these documents have not yet been produced.

      Can you provide us clarification about the search the City conducted for responsive emails?

      Finally, the City has not produced a privilege log. Have any emails been withheld on the basis of privilege? Judge Wistrich made very clear during the hearing on January 11, 2016 that the City's privilege log related to the prior production was insufficient, so we expect to receive a privilege log with sufficient details that we can identify what documents, if any, have been withheld.

      We look forward to hearing from you no later than noon tomorrow regarding these issues.

Sincerely,

/s

Shayla R. Myers
Attorney

## Shayla R. Myers

**From:** Shayla R. Myers
**Sent:** Wednesday, March 16, 2016 9:23 AM
**To:** 'Ronald Whitaker'
**Cc:** Elizabeth Fitzgerald; catherine.sdshhh@gmail.com
**Subject:** RE: LACW v. LADID

Mr. Whitaker,

As I mentioned in my email, our review of the documents indicates that only emails that were sent by/received by CCEA staff were included in the production.

Please confirm that the email searches were not limited to CCEA staff, either as the sender or the recipient.

We look forward to your responses.

Best,

Shayla

**From:** Ronald Whitaker [mailto:ronald.whitaker@lacity.org]
**Sent:** Wednesday, March 16, 2016 9:00 AM
**To:** Shayla R. Myers
**Cc:** Elizabeth Fitzgerald; catherine.sdshhh@gmail.com
**Subject:** Re: LACW v. LADID

Ms. Myers:

It was my understanding that the most recent search conducted by the City's IT department included the search terms your office had previously forwarded to me. I have already contacted IT this morning to confirm that this is the case and to answer the questions raised in your letter.

I am scheduled to appear before the City Council this morning but will contact you as soon as I hear back from the IT Department.

I can also confirm that Ms. Capri Maddox is available for her deposition on March 23rd. I am still awaiting dates of availability from Ms. Agnes Lung-Tam.

Ronn

On Tue, Mar 15, 2016 at 6:46 PM, Shayla R. Myers <SMyers@lafla.org> wrote:

Attached please find correspondence regarding the City's production yesterday of responsive documents. Given the Court's deadlines, we would appreciate a response no later than noon tomorrow.

Best,

1

**Shayla R. Myers** | Staff Attorney
**Legal Aid Foundation of Los Angeles**
7000 S. Broadway | Los Angeles, CA 90003

213.640.3983 direct | 213.640.3988 facsimile

smyers@lafla.org | www.lafla.org


LEGAL AID FOUNDATION of LOS ANGELES

The Frontline Law Firm for Poor and Low-Income People in Los Angeles

This message contains information from the Legal Aid Foundation of Los Angeles which may be confidential and/or privileged. If you are not an intended recipient, please refrain from any disclosure, copying, distribution or use of this information and note that such actions are prohibited. If you have eceived this transmission in error, kindly notify the sender and immediately delete this email and any files that may be attached.

This message contains information from the Legal Aid Foundation of Los Angeles which may be confidential and/or privileged. If you are not an intended recipient, please refrain from any disclosure, copying, distribution or use of this information and note that such actions are prohibited. If you have received this transmission in error, kindly notify the sender and immediately delete this email and any files that may be attached.

--
Ronald S. Whitaker
Managing Assistant City Attorney
Business & Complex Litigation Division
Office of the City Attorney
200 N. Main Street, 6th Floor
City Hall East
Los Angeles, CA 90012
Phone: 213.978-7558
Facsimile: 213.978-7011
ronald.whitaker@lacity.org

PLEASE NOTE NEW ADDRESS, TELEPHONE AND FACSIMILE NUMBERS

*****************Confidentiality Notice *************************
This electronic message transmission contains information
from the Office of the Los Angeles City Attorney, which may be confidential or protected by the attorney-client

privilege and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying,
distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message and any attachments without reading or saving in any manner.
*************************************************************