UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  CV 14-7344-PSG(AJWx)                                    Date: March 21, 2016

Title:   LOS ANGELES CATHOLIC WORKER, ET AL. VS. LOS ANGELES DOWNTOWN
INDUSTRIAL DISTRICT BUSINESS IMPROVEMENT DISTRICT, ET AL.

Present: The
 Honorable     ANDREW J. WISTRICH, U.S. MAGISTRATE JUDGE

| Ysela Benavides | CS 03-21-2016 | n/a |
|---|---|---|
| Deputy Clerk | Court Smart Recorder | Tape No. |

Attorneys Present for Plaintiff(s):                   Attorneys Present for Defendants(s):

   Catherine Elizabeth Sweetser                              Thomas Peters
      Shayla Renee Myers

**Proceedings:**     PLAINTIFFS' EX PARTE APPLICATION FOR CONTEMPT OR
                    OTHER SANCTIONS [#87]

Case called.  Counsel make their appearances.  Court questions counsel and listens to their responses.
Matter is submitted; separate order to issue.


cc:  Parties

                                                                          :     17

                                  Initials of Preparer    yb