Fernando Gaytan (SBN 224712) fgaytan@lafla.org
Paul J. Estuar (SBN 167764) pestuar@lafla.org
Shayla R. Myers (SBN 264054) smyers@lafla.org
**LEGAL AID FOUNDATION OF LOS ANGELES**
7000 S. Broadway
Los Angeles, CA 90003
Tel:   (213) 640-3831
Fax:  (213) 640-3988

PAUL L. HOFFMAN (No. 071244)
CATHERINE SWEETSER (No. 271142)
**Schonbrun Seplow Harris & Hoffman LLP**
723 Ocean Front Walk
Venice, CA 90291
Telephone: (310) 396-0731
Facsimile: (310) 399-7040
Email: hoffpaul@aol.com
Email: catherine.sdshhh@gmail.com

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES CATHOLIC WORKER, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>LOS ANGELES DOWNTOWN INDUSTRIAL DISTRICT BUSINESS IMPROVEMENT DISTRICT, et al.<br><br>Defendants. | CASE NO.: CV14-7344 PSG (AJWx)<br><br>**STIPULATION TO CONTINUE DATES IN CASE**<br><br>Complaint Served:  October 6, 2014<br>Discovery Cut-Off: April 4, 2016<br>Current Trial Date: July 19, 2016 |

1

TO THE HONORABLE COURT AND TO THE CLERK OF THE COURT:

Defendants City of Los Angeles, Los Angeles Downtown Industrial District Business Improvement District, Central City East Association, Inc., and Plaintiffs Los Angeles Catholic Worker, Cangress, Harry James Jones, Louis Grady, Lloyd Hinkle, and Walter Shoaf, through their respective counsel of record hereby stipulate to continue all pretrial dates by 60 days and the pretrial conference and the trial date by approximately 75 days, as follows:

Whereas, the parties have a further mediation scheduled for April 5, 2016;

Whereas, the court on March 24, 2016 recognized that the City of Los Angeles has not yet provided the many documents ordered produced on January 11, 2016, and set the matter for further hearing on April 5, 2016;

Whereas, the court extended the date of that hearing on whether to hold the City of Los Angeles in contempt to May 4, 2016 to allow parties to attend a mediation on April 5, 2016;

Whereas, the City of Los Angeles has been ordered to provide all documents responsive to Plaintiffs' requests as soon as possible but has not yet done so;

Whereas, Plaintiffs have been diligently working to obtain all documents and complete discovery;

Whereas Plaintiffs have been unable to complete previously-scheduled depositions because the City has failed to produce documents the Court has ordered it to produce;

Whereas, the City of Los Angeles will make certain deponents available for second sessions of their depositions after production is complete;

Whereas the parties have agreed to postpone depositions until the City has produced responsive documents;

Whereas Plaintiffs' Counsel has a trial on October 25, 2016;

Whereas Defense Counsel for Defendant Los Angeles Downtown Industrial District and the Central City East Association has a vacation that will take him out of the country in September 2016.

Based on the foregoing, the parties hereby stipulate and request the Court continue the pretrial and trial deadlines as follows:

| | Current Date | Requested Date |
|---|---|---|
| Discovery Cut-Off | April 4, 2016 | June 6, 2016 |
| Last Day to File Motions | April 28, 2016 | July 5, 2016 |
| Opening Expert Witness Disclosure | April 18, 2016 | June 17, 2016 |
| Rebuttal Expert Witness Disclosure | May 18, 2016 | July 18, 2016 |
| Expert Discovery Cut-Off | June 9, 2016 | August 8, 2016 |
| Final Pretrial Conference | July 7, 2016 | September 29, 2016 |
| Jury Trial (9:00 AM) (Estimated length: 7 days) | July 19, 2016 | October 4, 2016 |

DATED:  April 1, 2016

**MICHAEL N. FEUER**, City Attorney
**THOMAS H. PETERS**, Chief Assistant City Attorney
**RONALD S. WHITAKER**, Managing Assistant City Attorney


By: _____/**s**/_____
       **THOMAS H. PETERS**
*Attorneys for Defendant*
**CITY OF LOS ANGELES**

DATED: April 1, 2016

**HILL FARRER & BURRILL LLP**

By: \_\_\_\_\_**/s**_____
    **KEVIN BROGAN**
*Attorneys for Defendants* **CENTRAL CITY EAST ASSOCIATION, INC.** and **LOS ANGELES DOWNTOWN INDUSTRIAL DISTRICT BUSINESS IMPROVEMENT DISTRICT**

DATED: April 1, 2016

**LEGAL AID FOUNDATION OF LOS ANGELES**
**SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP**

By: \_\_\_\_\_**/s/**_____
    **SHAYLA MYERS**
*Attorneys for Plaintiffs* **LOS ANGELES CATHOLIC WORKER, CANGRESS, HARRY JAMES JONES, LOUIS GRADY, LLOYD HINKLE**, and **WALTER SHOAF**