E-FILED 4/6/16

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES CATHOLIC WORKER, an unincorporated association; CANGRESS, a non-profit corporation; HARRY JAMES JONES, LOUIS GRADY, LLOYD HINKLE, WALTER SHOAF, individuals<br><br>Plaintiffs,<br><br>vs.<br><br>LOS ANGELES DOWNTOWN INDUSTRIAL DISTRICT BUSINESS IMPROVEMENT DISTRICT, CENTRAL CITY EAST ASSOCIATION, INC., CITY OF LOS ANGELES; DOES 1-10<br><br>Defendants. | CASE NO.: CV14-7344 PSG (AJWx)<br><br>[~~PROPOSED~~] ORDER GRANTING PARTIES' REQUEST TO CONTINUE DATES SET IN THE COURT'S SCHEDULING ORDER<br><br>**Complaint Served:** October 6, 2014<br>**Discovery Cut-Off:** April 4, 2016<br>**Current Trial Date:** July 19, 2016 |

**The parties having so stipulated and good cause appearing**, the Court hereby amends the Scheduling Order as follows:

1

|  | **Original Date** | **New Date** |
|---|---|---|
| Discovery Cut-Off | April 4, 2016 | June 6, 2016 |
| Last Day to File Motions | April 28, 2016 | July 5, 2016 |
| Opening Expert Witness Disclosure | April 18, 2016 | June 17, 2016 |
| Rebuttal Expert Witness Disclosure | May 18, 2016 | July 18, 2016 |
| Expert Discovery Cut-Off | June 9, 2016 | August 8, 2016 |
| Final Pretrial Conference | July 7, 2016 | September 29, 2016 |
| Jury Trial (9:00 AM) (Estimated length: 7 days) | July 19, 2016 | October 4, 2016 |

**IT IS SO ORDERED.**

DATED: 4/6/16

## PHILIP S. GUTIERREZ

_____
Hon. Philip S. Gutierrez
U.S. District Court Judge