E-FILED-4/18/16

LINK#104

1

2

3

4

5

6

7

8

9

10

11

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| 12 LOS ANGELES CATHOLIC WORKER, an unincorporated association; CANGRESS, a non-profit corporation; HARRY JAMES JONES, LOUIS GRADY, LLOYD HINKLE, WALTER SHOAF, individuals | **CASE NO.: CV14-7344 PSG (AJWx)** |

LOS ANGELES CATHOLIC WORKER,
an unincorporated association; CANGRESS,
a non-profit corporation; HARRY JAMES
JONES, LOUIS GRADY, LLOYD
HINKLE, WALTER SHOAF, individuals

**CASE NO.: CV14-7344 PSG (AJWx)**

Plaintiffs,

**[PROPOSED] ORDER VACATING TRIAL DATE AND ALL OTHER RELATED DATES**

vs.

**Complaint Served:  October 6, 2014**

LOS ANGELES DOWNTOWN
INDUSTRIAL DISTRICT BUSINESS
IMPROVEMENT DISTRICT,  CENTRAL
CITY EAST ASSOCIATION, INC., CITY
OF LOS ANGELES; DOES 1-10

**Discovery Cut-Off: June 6, 2016**

**Current Trial Date: October 4. 2016**

Defendants.

**The parties having so stipulated and good cause appearing**, the Court hereby vacates the Trial date and all related dates in the scheduling order.  The parties will inform the Court by May 26, 2016 of the status of the final settlement agreement.

1

1  **IT IS SO ORDERED.**

2

3  DATED:  4/18/16

4                  PHILIP S. GUTIERREZ

                      _____

                      Hon. Philip S. Gutierrez

5                      U.S. District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28