1  Fernando Gaytan (SBN 224712) fgaytan@lafla.org
2  Shayla R. Myers (SBN 264054) smyers@lafla.org
   **LEGAL AID FOUNDATION OF LOS ANGELES**
3  7000 S. Broadway
4  Los Angeles, CA 90003
   Tel:   (213) 640-3983
5  Fax:   (213) 640-3988
6
7  PAUL L. HOFFMAN (No. 071244)
   CATHERINE SWEETSER (No. 271142)
8  **Schonbrun Seplow Harris & Hoffman LLP**
   723 Ocean Front Walk
9  Venice, CA 90291
10 Telephone: (310) 396-0731
   Facsimile: (310) 399-7040
11 Email: hoffpaul@aol.com
   Email: catherine.sdshhh@gmail.com
12

13                    UNITED STATES DISTRICT COURT
14                  FOR THE CENTRAL DISTRICT OF CALIFORNIA
15                              WESTERN DIVISION
16

| | |
|---|---|
| 17 LOS ANGELES CATHOLIC WORKER, et al. | **CASE NO.: CV14-7344 PSG (AJWx)** |
| 18 | **JOINT PROGRESS REPORT ON THE STATUS OF POTENTIAL SETTLEMENT** |
| 19         Plaintiffs, | |
| 20    vs. | |
| 21 | **Complaint Served:** October 6, 2014 |
| 22 LOS ANGELES DOWNTOWN INDUSTRIAL DISTRICT BUSINESS | **Discovery Cut-Off:** NONE |
| 23 IMPROVEMENT DISTRICT, et al. | **Current Trial Date:** NONE |
| 24         Defendants. | |

TO THE HONORABLE COURT AND TO THE CLERK OF THE COURT:

Defendants City of Los Angeles, Los Angeles Downtown Industrial District Business Improvement District, Central City East Association, Inc., and Plaintiffs Los Angeles Catholic Worker, Cangress, Harry James Jones, Louis Grady, Lloyd Hinkle, and Walter Shoaf, through their respective counsel of record, provide this Court with a status update of the status of the pending settlement in this action.

As the parties previously apprised this Court, the parties reached a tentative settlement agreement on April 5, 2016 and have been diligently working to finalize all terms necessary to reach full settlement and resolution of this case. The parties agreed to apprise this Court of its progress by July 26, 2016.

The parties continue to work to reach agreement regarding the final terms and language of the settlement agreement and to obtain approval from all parties. The parties remain confident they will be able to reach final agreement on all matters and will be able to obtain approval from all parties to settle this matter in its entirety; however, because of the nature of the settlement and the parties involved, the parties need additional time to accomplish this.

The parties agree to inform the Court in 45 days, i.e., by September 9, 2016, of the status of the final settlement agreement.

DATED: July 26, 2016

        **MICHAEL N. FEUER**, City Attorney
        **THOMAS H. PETERS**, Chief Assistant City Attorney


        By: ___/s_____
            Scott Marcus
        *Attorneys for Defendant* **CITY OF LOS ANGELES**

1 | DATED: July 26, 2016

**HILL FARRER & BURRILL LLP**

By: _____/s_____
     **KEVIN BROGAN**
*Attorneys for Defendants* **CENTRAL CITY EAST ASSOCIATION, INC.** and **LOS ANGELES DOWNTOWN INDUSTRIAL DISTRICT BUSINESS IMPROVEMENT DISTRICT**

DATED: July 26, 2016

**LEGAL AID FOUNDATION OF LOS ANGELES**
**SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP**

By: _____/s_____
     **SHAYLA MYERS**
*Attorneys for Plaintiffs* **LOS ANGELES CATHOLIC WORKER, CANGRESS, HARRY JAMES JONES, LOUIS GRADY, LLOYD HINKLE**, and **WALTER SHOAF**