Fernando Gaytan (SBN 224712) fgaytan@lafla.org
Shayla R. Myers (SBN 264054) smyers@lafla.org
**LEGAL AID FOUNDATION OF LOS ANGELES**
7000 S. Broadway
Los Angeles, CA 90003
Tel:   (213) 640-3983
Fax:  (213) 640-3988

PAUL L. HOFFMAN (No. 071244)
CATHERINE SWEETSER (No. 271142)
**Schonbrun Seplow Harris & Hoffman LLP**
723 Ocean Front Walk
Venice, CA 90291
Telephone: (310) 396-0731
Facsimile: (310) 399-7040
Email: hoffpaul@aol.com
Email: catherine.sdshhh@gmail.com

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES CATHOLIC WORKER, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>LOS ANGELES DOWNTOWN INDUSTRIAL DISTRICT BUSINESS IMPROVEMENT DISTRICT, et al.<br><br>Defendants. | **CASE NO.: CV14-7344 PSG (AJWx)**<br><br>**JOINT PROGRESS REPORT ON THE STATUS OF POTENTIAL SETTLMENT**<br><br>Complaint Served:  October 6, 2014<br>Discovery Cut-Off: NONE<br>Current Trial Date: NONE |

1

1  TO THE HONORABLE COURT AND TO THE CLERK OF THE COURT:

2      Defendants City of Los Angeles, Los Angeles Downtown Industrial District Business Improvement District, Central City East Association, Inc., and Plaintiffs Los Angeles Catholic Worker, Cangress, Harry James Jones, Louis Grady, Lloyd Hinkle, and Walter Shoaf, through their respective counsel of record, provide this Court with a status update of the status of the pending settlement in this action.

    As the parties previously apprised this Court, the parties reached a tentative settlement agreement on April 5, 2016 and have been diligently working to finalize all terms necessary to reach full settlement and resolution of this case.  The parties agreed to apprise this Court of its progress by September 9, 2016.

    The parties believe themselves to be close to a final agreement on the terms and format of the settlement agreement and must now obtain approval from all parties.  The parties remain confident they will be able to reach final agreement on all matters and will be able to obtain approval from all parties to settle this matter in its entirety; however, because of the nature of the settlement and the parties involved, the parties need additional time to accomplish this.

    The parties agree to inform the Court in 45 days, i.e., by October 24, 2016, of the status of the final settlement agreement.

DATED:  September 9, 2016

    **MICHAEL N. FEUER**, City Attorney
    **THOMAS H. PETERS**, Chief Assistant City Attorney


    By: ___/s/ Scott Marcus_____
          **Scott Marcus**
    *Attorneys for Defendant* **CITY OF LOS ANGELES**

2

1  DATED: September 9, 2016

**HILL FARRER & BURRILL LLP**

By: ___/s/ Kevin Brogan_____
   **KEVIN BROGAN**
*Attorneys for Defendants* **CENTRAL CITY EAST ASSOCIATION, INC.** and **LOS ANGELES DOWNTOWN INDUSTRIAL DISTRICT BUSINESS IMPROVEMENT DISTRICT**

DATED: September 9, 2016

**LEGAL AID FOUNDATION OF LOS ANGELES**
**SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP**

By: ___/s/ Catherine Sweetser_____
   **CATHERINE SWEETSER**
*Attorneys for Plaintiffs* **LOS ANGELES CATHOLIC WORKER, CANGRESS, HARRY JAMES JONES, LOUIS GRADY, LLOYD HINKLE**, and **WALTER SHOAF**