MICHAEL FEUER, City Attorney (SBN 111529)
THOMAS H. PETERS, Chief Assistant City Attorney (SBN 163388)
SCOTT D. MARCUS, Assistant Chief Civil Litigation Branch (SBN 184980)
SARA UGAZ, Deputy City Attorney (SBN 239031)
200 N. Main Street, City Hall East, Room 675
Los Angeles, CA 90012
Telephone (213) 978-7564
Facsimile (213) 978-7011
Email: sara.ugaz@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES CATHOLIC WORKER, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>LOS ANGELES DOWNTOWN INDUSTRIAL DISTRICT BUSINESS IMPROVEMENT DISTRICT, et al.,<br><br>Defendants. | **CASE NO.: CV14-7344 PSG (AJWx)**<br><br>**JOINT REPORT REGARDING STATUS OF SETTLEMENT AGREEMENT**<br><br><br>Complaint Served: October 6, 2014<br>Discovery Cut-Off: NONE<br>Current Trial Date: NONE |

TO THE HONORABLE COURT AND THE CLERK OF THE COURT:

    Defendants City of Los Angeles, Los Angeles Downtown Industrial District Business Improvement District, Central City East Association, Inc., and Plaintiffs Los Angeles Catholic Worker, Cangress, Harry James Jones, and Louis Grady, Lloyd Hinkle, through their respective counsel of record, provide this Court with a report of the status of the pending settlement in this action.

    As the parties previously apprised this Court, the parties reached a tentative settlement agreement on April 5, 2016, and have been diligently working to finalize all terms necessary to reach a full and final settlement of the case. On December 8, 2016, the parties apprised this Court that the parties had agreed to all terms of the settlement.  The final agreements have now been signed by all parties, with two exceptions:

    The Los Angeles Downtown Industrial District Business Improvement District and the Central City East Association, Inc. are anticipated to execute the final agreement and stipulation for judgment upon the granting of the motion for substitution described in the next paragraph.

    Plaintiff Walter Shoaf has died, and his son, Wanari Shoaf, filed a motion for substitution on January 17, 2017, which is now pending before this Court.  Dkt. #117.   Defendants do not oppose the motion.  *See* Dkt. #118.  The motion is currently scheduled to be heard on March 20, 2017.  The parties respectfully request that the court rule on the motion earlier if possible as the parties are not aware of any additional non-party beneficiaries to be notified of the motion.

    Following the ruling on the Motion for Substitution, the parties anticipate approval by the Claims Board and the City Council shortly thereafter.

    The parties agree to inform the Court within 45 days of the ruling on the Motion for Substitution of the progress in said regard.

DATED: January 20, 2017

**MICHAEL N. FEUER**, City Attorney
**THOMAS H. PETERS**, Chief Assistant City Attorney


    /s/ Scott Marcus
By: _____
  **Scott Marcus**
*Attorneys for Defendant* **CITY OF LOS ANGELES**

DATED: January 20, 2017

**HILL FARRER & BURRILL LLP**

    /s/ Kevin Brogam
By: _____
  **KEVIN BROGAN**
*Attorneys for Defendants* **CENTRAL CITY EAST ASSOCIATION, INC.** and **LOS ANGELES DOWNTOWN INDUSTRIAL DISTRICT BUSINESS IMPROVEMENT DISTRICT**

DATED: January 20, 2017

**LEGAL AID FOUNDATION OF LOS ANGELES
SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP**

    /s/ Catherine Sweetser
By: _____
  **CATHERINE SWEETSER**
*Attorneys for Plaintiffs* **LOS ANGELES CATHOLIC WORKER, CANGRESS, HARRY JAMES JONES, LOUIS GRADY, LLOYD HINKLE**, and **WALTER SHOAF**