MICHAEL FEUER, City Attorney (SBN 111529)
THOMAS H. PETERS, Chief Assistant City Attorney (SBN 163388)
SCOTT D. MARCUS, Assistant Chief Civil Litigation Branch (SBN 184980)
SARA UGAZ, Deputy City Attorney (SBN 239031)
200 N. Main Street, City Hall East, Room 675
Los Angeles, CA 90012
Telephone (213) 978-7564
Facsimile (213) 978-7011
Email: sara.ugaz@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES CATHOLIC WORKER, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>LOS ANGELES DOWNTOWN INDUSTRIAL DISTRICT BUSINESS IMPROVEMENT DISTRICT, et al.<br><br>Defendants. | **CASE NO.: CV14-7344 PSG (AJWx)**<br><br>**JOINT REPORT REGARDING STATUS OF SETTLEMENT AGREEMENT**<br><br>Complaint Served: October 6, 2014<br>Discovery Cut-Off: NONE<br>Current Trial Date: NONE |

TO THE HONORABLE COURT AND THE CLERK OF THE COURT:

Defendants City of Los Angeles and Plaintiffs Los Angeles Catholic Worker, Cangress, Harry James Jones, and Louis Grady, Lloyd Hinkle, through their respective counsel of record, provide this Court with a report of the status of the pending settlement in this action.

As the parties previously apprised this Court, the parties reached a tentative settlement agreement on April 5, 2016, and have been diligently working to finalize all terms necessary to reach a full and final settlement of the case. On December 8, 2016, the parties apprised this Court that the parties had agreed to all terms of the settlement.  However, on November 2016, Plaintiff Walter Shoaf passed away before the final agreements were executed, and this Court substituted his son, Wanari Shoaf, as Plaintiff in this action on January 26, 2017.

The final agreements have now been signed by all parties.  A proposed Stipulated Judgment between Plaintiffs and Central City East Association will be filed concurrently with this report.  The final settlement between the City of Los Angeles and Plaintiffs must be given final approval by the City Council.  The City expects that the settlement will be considered and approved within the next 45 days.

The City will file a status report within 45 days, or April 25, 2017 if the final request for dismissal has not been filed by that time.

DATED: March 10, 2017

        **MICHAEL N. FEUER**, City Attorney
        **THOMAS H. PETERS**, Chief Assistant City Attorney


        By: _____/s_____
          **Scott Marcus**
        *Attorneys for Defendant* **CITY OF LOS ANGELES**

DATED: March 10, 2017

**HILL FARRER & BURRILL LLP**


By: _____/s/_____
    **KEVIN BROGAN**
*Attorneys for Defendants* **CENTRAL CITY EAST ASSOCIATION, INC.** and **LOS ANGELES DOWNTOWN INDUSTRIAL DISTRICT BUSINESS IMPROVEMENT DISTRICT**


DATED: March 10, 2017

**LEGAL AID FOUNDATION OF LOS ANGELES**
**SCHONBRUN SEPLOW HARRIS & HOFFMAN LLP**


By: _____/s/_____
    **CATHERINE SWEETSER**
*Attorneys for Plaintiffs* **LOS ANGELES CATHOLIC WORKER, CANGRESS, HARRY JAMES JONES, LOUIS GRADY, LLOYD HINKLE**, and **WALTER SHOAF**