MICHAEL FEUER, City Attorney (SBN 111529)
THOMAS H. PETERS, Chief Assistant City Attorney (SBN 163388)
SCOTT D. MARCUS, Senior Assistant City Attorney (SBN 184980)
SARA UGAZ, Deputy City Attorney (SBN 239031)
200 N. Main Street, City Hall East, Room 675
Los Angeles, CA 90012
Telephone (213) 978-7564
Facsimile (213) 978-7011
Email:  sara.ugaz@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES CATHOLIC WORKER, et al.<br><br>                    Plaintiffs,<br><br>        vs.<br><br>LOS ANGELES DOWNTOWN INDUSTRIAL DISTRICT BUSINESS IMPROVEMENT DISTRICT, et al.<br><br>                    Defendants.<br>_____ | **CASE NO.: CV14-7344 PSG (AJWx)**<br><br>**SUPPLEMENTAL REPORT REGARDING STATUS OF SETTLEMENT AGREEMENT**<br><br><br><br>Complaint Served:  October 6, 2014<br>Discovery Cut-Off: NONE<br>Current Trial Date: NONE |

SUPPLEMENTAL REPORT REGARDING STATUS OF SETTLEMENT AGREEMENT

1

TO THE HONORABLE COURT AND THE CLERK OF THE COURT:

Defendant City of Los Angeles provides this Court with a supplemental report of the status of the pending settlement in this action.

As the parties previously apprised this Court, the parties reached a tentative settlement agreement on April 5, 2016, and have been diligently working to finalize all terms necessary to reach a full and final settlement of the case.  On December 8, 2016, the parties apprised this Court that the parties had agreed to all terms of the settlement.  However, in November 2016, Plaintiff Walter Shoaf passed away before the agreements were executed, and this Court substituted his son, Wanari Shoaf, as Plaintiff in this action on January 26, 2017.  The agreements have now been signed by all parties.

The settlement agreement between the City of Los Angeles and Plaintiffs must be approved by the City Council.  The settlement is in the approval process and the City expects the settlement will be fully and finally approved within the next 30 days.

The City will file a further status report within 30 days, or July 5, 2017, if the final request for dismissal has not been filed by that time.

DATED: June 5, 2017

**MICHAEL N. FEUER**, City Attorney
**THOMAS H. PETERS**, Chief Assistant City Attorney
**SCOTT MARCUS**, Senior Assistant City Attorney

By: _____ **/s/** _____

**Sara Ugaz**
*Attorneys for Defendant* **CITY OF LOS ANGELES**

SUPPLEMENTAL REPORT REGARDING STATUS OF SETTLEMENT AGREEMENT