E-FILED 6/30/17

JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES CATHOLIC WORKER, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>LOS ANGELES DOWNTOWN INDUSTRIAL DISTRICT BUSINESS IMPROVEMENT DISTRICT, et al.<br><br>Defendants. | **CASE NO.: CV14-7344 PSG (AJWx)**<br>*Assigned to Hon. Phillip S. Gutierrez*<br><br>[~~PROPOSED~~]<br>**ORDER OF DISMISSAL** |

**ORDER**

The above captioned action is dismissed with prejudice as to all causes of action in the Complaint and as to all parties to this action. The Court shall retain jurisdiction for a period of four (4) years, solely to enforce the terms of the

1

_____

[PROPOSED] ORDER OF DISMISSAL

settlement agreement between the City of Los Angeles and Plaintiffs and as previously set forth in the Stipulated Judgement entered by the Court on March 15, 2017 against Defendants Central City East Association and the Los Angeles Downtown Industrial District.

IT IS SO ORDERED.

Dated:  6/30/17

PHILIP S. GUTIERREZ
_____
Hon. Philip S. Gutierrez
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER OF DISMISSAL